UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS GIL,    Case No. 6:18-cv-642-Orl-22DCI

    Plaintiff,

v.

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Brevard County (the "County"), by and through its undersigned attorney, hereby notifies the Court, pursuant to United States District Court for the Middle District of Florida Local Rule 3.08, that the County and Plaintiff Juan Carlos Gil have reached a settlement of Plaintiff's claims against the County. Counsel for Plaintiff and counsel for the County are in the process of completing the terms of such settlement.

    Respectfully submitted,

    */s/ Frank Mari*
    Michael J. Roper, Esquire
    Florida Bar No. 0473227
    Frank M. Mari, Esquire
    Florida Bar No. 93243
    Primary: mroper@bellroperlaw.com;
    fmari@bellroperlaw.com
    Secondary: phermosa@bellroperlaw.com;
    nlehman@bellroperlaw.com
    Bell & Roper, P.A.
    2707 E. Jefferson Street
    Orlando, FL  32803
    Telephone: (407) 897-5150
    Facsimile: (407) 897-3332
    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>*/s/ Frank Mari*
>Michael J. Roper, Esquire
>Florida Bar No.  0473227
>Frank M. Mari, Esquire
>Florida Bar No. 93243
>Primary:  mroper@bellroperlaw.com;
>fmari@bellroperlaw.com
>Secondary: phermosa@bellroperlaw.com;
>nlehman@bellroperlaw.com
>Bell & Roper, P.A.
>2707 E. Jefferson Street
>Orlando, FL  32803
>Telephone: (407) 897-5150
>Facsimile: (407) 897-3332
>Attorneys for Defendant