# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUAN CARLOS GIL,

    Plaintiff,

v.                                                                 Case No:  6:18-cv-642-Orl-22DCI

BREVARD COUNTY,

    Defendant.

_____

## ORDER OF DISMISSAL

The Court has been advised that the above-styled action has been settled. (Doc. No. 21). Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on May 30, 2018.

                                                           JOHN ANTOON II
                                                           United States District Judge
                                                           (signed in the absence of
                                                           Judge Anne C. Conway)

**COPIES FURNISHED TO:**
Counsel of Record